USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/21/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BILL CANNON,<br><br>                      Plaintiff,<br><br>-against-<br><br>HIGHLAND ASSOCIATES ARCHITECTURE ENGINEERING DESIGN, P.C.,<br><br>                      Defendant. | 1:19-cv-10862 (ALC)<br><br>ORDER |

**ANDREW L. CARTER, JR., United States District Judge:**

In addition, it having been reported to this Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within thirty days.

**SO ORDERED.**

Dated: January 21, 2020
      New York, New York

_____
ANDREW L. CARTER, JR.
United States District Judge